UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ELOISE WOODS

                Plaintiff,

v.

EQUITY RESIDENTIAL, *et al*,

                Defendants.

Case No.: 1:23-cv-00013-MSN-LRV

## MOTION FOR EXTENSION OF TIME BY LIMITED AND SPECIAL APPEARANCE

The Clerk of this Court will please enter the limited and special appearance of Matthew M. Moore, Esq. and Shulman, Rogers, Gandal, Pordy, & Ecker, P.A. on behalf of Defendants Equity Residential, Equity Residential Management LLC, Samuel Zell, Mark Parrell, Frances Nolan, Nicole Klein, in the capacity as a trust for Equity Residential; and doing business as Equity Residential Management LLC ("Defendants") Undersigned counsel respectfully moves this Honorable Court for an extension of time until April 10, 2023 for the Defendants to file a responsive pleading pursuant to Local Civil Rule 7(F)(2) to the complaint filed on January 4, 2023 ("Complaint") and in support thereof state as follows:

    1.    Plaintiff Eloise Woods ("Plaintiff") issued summonses and purportedly served the six Defendants on different days, between February 28, 2023 and March 6, 2023.[1] Defendants seek until April 10, 2023 to file a responsive pleading, which is two weeks longer than the last served Defendant would ordinarily be required to file a responsive pleading.

---

[1] Service on Samuel Zell, Mark Parrell and Frances Nolan, in particular, does not appear to have been propely effected.

1

2. Undersigned counsel is currently coordinating with each of the six Defendants regarding a potential joint representation. Undersigned counsel files this Motion in limited scope to preserve Defendants' rights to, among other things, contest service, contest personal jurisdiction and to extend the deadline to file a responsive pleading. Additional time is needed for Defendants to confirm representation. The ability for one law firm to represent all Defendants serves the interest of judicial economy as it will reduce the number of pleadings, motions and papers for the Plaintiff to respond to and for the Court to review.

3. Additional time is also necessary for undersigned counsel to review the Complaint with each Defendant in order to determine the various defenses available to each Defendant and to allow the Defendants to determine whether they want to be represented by the same law firm.

4. Plaintiff's Complaint also requires substantial time to review and analyze as it is comprised of 237 pages. Plaintiff attached and incorporated 23 exhibits into her Complaint. The exhibits contain numerous alleged email correspondence between Plaintiff and the Defendants.

5. Granting this Motion for Extension of Time will not prejudice the Plaintiff. Currently, there are no deadlines or other hearings scheduled on the docket. This extension will not delay the prosecution of this case or otherwise conflict with the scheduling order set by the Court.

6. Undersigned counsel has reached out to Plaintiff in an attempt to obtain her consent to the requested extension. Plaintiff refused to consent.

7. Even though Plaintiff refuses to consent, Defendants are not barred from requesting an extension of time.

8. For the reasons stated above, Defendants respectfully that the Court grant its Motion for Extension of Time.

WHEREFORE, Defendants Equity Residential, Equity Residential Management LLC, Samuel Zell, Mark Parrell, Frances Nolan, Nicole Klein, in the capacity as a trust for Equity Residential; and doing business as Equity Residential Management LLC respectfully request an extension of time to April 10, 2023, or to such other date as the Court deems appropriate, to file a responsive pleading to the Complaint, and for such other and further relief that the Court deems fair and just.

Respectfully Submitted,

/s/Matthew M. Moore
Matthew M. Moore (VSB # 44953)
SHULMAN ROGERS GANDAL
PORDY & ECKER P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD  20854-6803
Telephone: (301) 230-6560
Facsimile: (301) 230-2891
mmoore@shulmanrogers.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY SWEAR AND AFFIRM that on this 9th day of March 2023, I electronically filed the foregoing Notice of Entry of Appearance and Motion for Extension of Time with the Clerk of Court using the CM/ECF system, with a copy sent to Plaintiff via overnight mail and email to:

Eloise Woods
1008 N. Glebe Road, Suite 1106
Arlington, VA 22201
eswvirginia@gmail.com
*Plaintiff*

/s/Matthew M. Moore
Matthew M. Moore

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ELOISE WOODS

    Plaintiff,

v.

EQUITY RESIDENTIAL, *et al*,

    Defendants.

Case No.: 1:23-cv-00013-MSN-LRV

**ORDER**

Upon consideration of the Motion by Defendants Equity Residential, Equity Residential Management LLC, Samuel Zell, Mark Parrell, Frances Nolan, Nicole Klein, in the capacity as a trust for Equity Residential; and doing business as Equity Residential Management LLC ("Defendants") for Extension of Time through April 10, 2023, to file a responsive pleading to the Complaint and for good cause shown, it is hereby on this _____ day of _____, 2023,

**ORDERED** that the Motion is **GRANTED**, and it is further,

**ORDERED** that Defendants shall file a responsive pleading to the Complaint on or before April 10, 2023.

                     _____
                     Michael S. Nachmanoff
                     United States District Judge